ROB BONTA, State Bar No. 202668
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
SETH E. GOLDSTEIN, State Bar No. 238228
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6063
 Fax: (916) 324-8835
 E-mail: Seth.Goldstein@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RENTAL HOUSING ASSOCIATION, MARY MONTANO, and TRANG HO,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,**<br><br>Defendants. | 2:21-cv-01394-JAM-JDP<br><br>**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Judge:   The Honorable John A. Mendez<br><br>Action Filed:   August 5, 2021 |

Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and Rob Bonta, in his official capacity as Attorney General of the State of California, hereby answer the First Amended Complaint (Complaint) filed by Plaintiffs on August 13, 2021 as follows:

1.   Defendants admit that California enacted Assembly Bill 732 (AB 832). The remaining statements contained in Paragraph 1 of the Complaint are legal claims and argument to

1

which no response is required. To the extent any allegations in Paragraph 1 may be construed as factual allegations, Defendants deny them.

2. The statements contained in Paragraph 2 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 2 may be construed as factual allegations, Defendants deny them.

3. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 3, and on that basis deny the allegations in Paragraph 3.

4. The statements contained in Paragraph 4 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 4 may be construed as factual allegations, Defendants deny them.

5. The statements contained in Paragraph 5 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 5 may be construed as factual allegations, Defendants deny them.

6. The statements contained in Paragraph 6 of the Complaint are legal claims and argument to which no response is required.

7. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 7, and on that basis deny the allegations in Paragraph 7.

8. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 8, and on that basis deny the allegations in Paragraph 8.

9. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 9, and on that basis deny the allegations in Paragraph 9.

10. Defendants admit that Governor Newsom is Governor of the State of California and is sued in his official capacity. The remainder of the statements contained in Paragraph 10 of the Complaint are legal claims and argument to which no response is required.

11. Defendants admit that Attorney General Bonta is Attorney General of the State of California and is sued in his official capacity. The remainder of the statements contained in Paragraph 11 of the Complaint are legal claims and argument to which no response is required.

12. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 12, and on that basis deny the allegations in Paragraph 12.

13. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 13, and on that basis deny the allegations in Paragraph 13.

14. Defendants admit that the Governor signed Assembly Bill 3088 (AB 3088) into law on August 31, 2020. The remaining statements contained in Paragraph 14 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 14 may be construed as factual allegations, Defendants deny them.

15. The statements contained in Paragraph 15 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 15 may be construed as factual allegations, Defendants deny them.

16. Defendants admit that the Governor signed Senate Bill 91 (SB 91) into law on January 29, 2021. The remaining statements contained in Paragraph 16 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 16 may be construed as factual allegations, Defendants deny them.

17. The statements contained in Paragraph 17 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 17 may be construed as factual allegations, Defendants deny them.

18. Defendants admit that the Governor lifted some pandemic restrictions in June 2021 and that the State's unemployment rate has been reduced. Expect as specifically admitted, Defendants deny the remaining allegations of Paragraph 18.

19. Defendants admit that the Governor signed AB 832 into law on June 28, 2021 and that Exhibit A is a true and correct copy of AB 832. The remaining statements contained in Paragraph 19 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 19 may be construed as factual allegations, Defendants deny them.

20. The statements contained in Paragraph 20 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 20 may be construed as factual allegations, Defendants deny them.

21. Defendants lack sufficient knowledge or information regarding the truth of the statements in Paragraph 21, and on that basis deny the allegations in Paragraph 21.

22. The statements contained in Paragraph 22 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 22 may be construed as factual allegations, Defendants deny them.

23. Defendants re-allege and incorporate by reference as if fully set forth herein the admissions, denials and allegations set forth in paragraphs 1 through 22, above.

24. The statements contained in Paragraph 24 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 24 may be construed as factual allegations, Defendants deny them.

25. The statements contained in Paragraph 25 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 25 may be construed as factual allegations, Defendants deny them.

26. The statements contained in Paragraph 26 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 26 may be construed as factual allegations, Defendants deny them.

27. The statements contained in Paragraph 27 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 27 may be construed as factual allegations, Defendants deny them.

28. The statements contained in Paragraph 28 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 28 may be construed as factual allegations, Defendants deny them.

29. Defendants re-allege and incorporate by reference as if fully set forth herein the admissions, denials and allegations set forth in paragraphs 1 through 28, above.

30. The statements contained in Paragraph 30 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 30 may be construed as factual allegations, Defendants deny them.

31. The statements contained in Paragraph 31 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 31 may be construed as factual allegations, Defendants deny them.

32. The statements contained in Paragraph 32 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 32 may be construed as factual allegations, Defendants deny them.

33. The statements contained in Paragraph 33 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 33 may be construed as factual allegations, Defendants deny them.

34. The statements contained in Paragraph 34 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 34 may be construed as factual allegations, Defendants deny them.

35. The statements contained in Paragraph 35 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 35 may be construed as factual allegations, Defendants deny them.

36. The statements contained in Paragraph 36 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 36 may be construed as factual allegations, Defendants deny them.

37. The statements contained in Paragraph 37 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 37 may be construed as factual allegations, Defendants deny them.

38. The statements contained in Paragraph 38 of the Complaint are legal claims and argument to which no response is required. To the extent any allegations in Paragraph 38 may be construed as factual allegations, Defendants deny them.

39. Defendants re-allege and incorporate by reference as if fully set forth herein the admissions, denials and allegations set forth in paragraphs 1 through 38, above.

40. The statements contained in Paragraph 40 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 40 may be construed as factual allegations, Defendants deny them.

41. The statements contained in Paragraph 41 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 41 may be construed as factual allegations, Defendants deny them.

42. The statements contained in Paragraph 42 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 42 may be construed as factual allegations, Defendants deny them.

43. The statements contained in Paragraph 43 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 43 may be construed as factual allegations, Defendants deny them.

44. The statements contained in Paragraph 44 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 44 may be construed as factual allegations, Defendants deny them.

45. The statements contained in Paragraph 45 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 45 may be construed as factual allegations, Defendants deny them.

46. The statements contained in Paragraph 46 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 46 may be construed as factual allegations, Defendants deny them.

47. The statements contained in Paragraph 47 of the Complaint are legal claims and argument to which no response is required.  To the extent any allegations in Paragraph 47 may be construed as factual allegations, Defendants deny them.

Defendants deny that Plaintiffs are entitled to the relief sought in their prayer for relief on page 14 of the Complaint.

Except as expressly admitted above, Defendants deny each and every allegation contained in paragraphs 1 through 47 of the Complaint.

**FIRST DEFENSE**

The Complaint, and each cause of action alleged therein, fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

Plaintiffs lack standing to bring this action and the causes of action asserted in the Complaint.

**THIRD DEFENSE**

Plaintiffs' claims against Governor Newsom and Attorney General Bonta are barred by sovereign immunity.  U.S. Const. amend XI; *see generally Franchise Tax Bd. of California v. Hyatt* (2019) 139 S.Ct. 1485 (discussing states' structural sovereign immunity from private suits).

**FOURTH DEFENSE**

The Complaint, and each cause of action alleged therein, is barred because the action is premature and is not ripe, and no actual controversy exists.

**FIFTH DEFENSE**

The Complaint, and each cause of action alleged therein, is barred because the action is moot, and no actual controversy exists.

**SIXTH DEFENSE**

Plaintiffs have failed to exhaust administrative remedies.

**SEVENTH DEFENSE**

Defendants assert a reservation of rights to amend should any further defenses become apparent in the course of this action.

WHEREFORE, Defendants pray as follows:

1. That Plaintiffs take nothing by reason of their complaint, and judgment be rendered in favor of Defendants;

2. That Defendants be awarded their costs of suit incurred in defense of this action; and

3. For such other relief as the Court deems proper.


Dated: September 14, 2021                    Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             BENJAMIN M. GLICKMAN
                                             Supervising Deputy Attorney General


                                             /s/ Seth Goldstein
                                             SETH E. GOLDSTEIN
                                             Deputy Attorney General
                                             *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Rental Housing Association, et al. v. Gavin Newsom, et al.** | No. | **2:21-cv-01394-JAM-JDP** |

I hereby certify that on <u>September 14, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 14, 2021</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2021303869
35465694.docx