PAUL J. BEARD II (State Bar No. 210563)
FISHERBROYLES LLP
4470 W. Sunset Blvd., Suite 93165
Los Angeles, CA 90027
Telephone: (818) 216-3988
Facsimile: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

Attorneys for Plaintiffs
CALIFORNIA RENTAL HOUSING ASSOCIATION, ET AL.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RENTAL HOUSING ASSOCIATION, MARY MONTANO, and TRANG HO,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01394-JAM-JDP<br><br>**JOINT STATUS REPORT PURSUANT TO F.RC.P. 16 AND 26, AND L-R 240** |

On December 16, 2021, counsel for the parties conferred as required by Rule 26(f) of the Federal Rules of Civil Procedure and Eastern District Local Rule 240. Following that conference, the parties hereby submit this Joint Discovery Plan:

## I. PROPOSED CHANGES TO RULES 26(a)(1) DISCLOSURES.

As their claims turn largely on legal questions, Plaintiffs intend to file a motion for summary judgment or adjudication as to all their claims. Thus, pursuant to Rule 26(a)(1)(c), the parties agree to defer initial disclosures and discovery, if any, until after said motion on the merits has been decided. If upon reviewing Plaintiffs' motion Defendants determine they need discovery, Defendants reserve that right pursuant to Rule 56(d).

## II. DISCOVERY.

If this action survives Plaintiffs' motion, the parties may engage in limited initial disclosures and discovery. At this time, Plaintiffs do not anticipate they will require any discovery, but reserve the right to pursue discovery upon later-discovered facts or changed circumstances. Defendants also reserve the right to pursue discovery.

## III. ORDERS THAT THE COURT SHOULD ISSUE

The Court should issue an order requiring that, if this action survives Plaintiffs' motion, the parties shall file a further joint status report pursuant to Rule 26(f) and Local Rule 240 within 14 days of the Court's ruling on said motion.

DATED: December 23, 2021

**FISHERBROYLES LLP**

By: */s/ Paul J. Beard II*
Paul J. Beard, II
Attorney for Plaintiff CALIFORNIA RENTAL HOUSING ASSOCIATION, et al.

DATED: December 23, 2021

**ATTORNEY GENERAL OF CALIFORNIA**

By: */s/ Seth E. Goldstein*
Seth E. Goldstein
Attorneys for Defendants GAVIN NEWSOM and ROB BONTA