Rob Bonta, State Bar No. 202668
Attorney General of California
Benjamin M. Glickman, State Bar No. 247907
Supervising Deputy Attorney General
Seth E. Goldstein, State Bar No. 238228
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6063
  Fax: (916) 324-8835
  E-mail: Seth.Goldstein@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RENTAL HOUSING ASSOCIATION, MARY MONTANO, and TRANG HO,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,**<br><br>Defendants. | 2:21-cv-01394-JAM-JDP<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:     The Honorable John A. Mendez<br><br>Action Filed: August 5, 2021 |

On June 21, the Court continued the hearing date on the parties' cross-motions for summary judgment from August 23, 2022 to September 13, 2022. Dkt. #13. Counsel for defendants will be out of state on vacation from September 10-18. And counsel for plaintiffs will be in trial the following week. Accordingly, the parties respectfully request that the Court either advance the hearing to the week of September 5 or continue it until the week of September 26, or as soon thereafter as the Court's calendar permits.

1  IT IS SO STIPULATED.

2  Dated:  June 28, 2022                         R<small>OB</small> B<small>ONTA</small>
                                                 Attorney General of California

3

4

5                                                */s/ Seth E. Goldstein*
                                                 S<small>ETH</small> E. G<small>OLDSTEIN</small>
                                                 Deputy Attorney General
6                                                *Attorneys for Defendants*

7

8  Dated:  June 28, 2022                         F<small>ISHER</small>B<small>ROYLES</small> LLP

9

10                                               */s/ Paul J. Beard*
                                                 P<small>AUL</small> J. B<small>EARD</small>
11                                               *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

The Court hereby moves the hearing date for the cross-motions for summary judgment to September 27, 2022, at 1:30 PM.

Dated: July 6, 2022       /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE