PAUL J. BEARD II (State Bar No. 210563)
FISHERBROYLES LLP
4470 W. Sunset Blvd., Suite 93165
Los Angeles, CA 90027
Telephone: (818) 216-3988
Facsimile: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

Attorneys for Plaintiffs
CALIFORNIA RENTAL HOUSING ASSOCIATION, ET AL.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

CALIFORNIA RENTAL HOUSING ASSOCIATION, MARY MONTANO, and TRANG HO,

Plaintiffs

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,

Defendants.

Case No.: 2:21-cv-01394-JAM-JDP

**STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFS RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Hearing Date: September 27, 2022
Hearing Time: 1:30 P.M.

**STIPULATION**

By Minute Order dated January 6, 2022, the Court entered an order establishing a briefing schedule and hearing date for Cross-Motions for Summary Judgment.

Relevantly, the Court ordered that Plaintiffs' Reply/Opposition Brief be filed by July 22, 2022, and that Defendants' Reply Brief be filed by July 29, 2022.

In light of the unanticipated press of litigation this month, and the complexity of the litigation, the parties agree to a briefing extension so that the Plaintiffs' Reply/Opposition Brief may be filed on or before August 5, 2022, and Defendants' Reply Brief may be filed on or before August 26, 2022.

**IT IS SO STIPULATED.**

DATED: July 20, 2022

**FISHERBROYLES LLP**

By: *s/ Paul J. Beard II*
Paul J. Beard, II
Attorney for Plaintiffs CALIFORNIA RENTAL HOUSING ASSOCIATION, et al.

DATED: July 20, 2022

**ATTORNEY GENERAL OF CALIFORNIA**

By: *s/ Seth E. Goldstein*
Seth E. Goldstein
Attorneys for Defendants GAVIN NEWSOM and ROB BONTA

**ORDER**

In light of the parties' stipulation, the Court orders as follows: Plaintiffs' Reply/Opposition Brief may be filed on or before August 5, 2022, and Defendants' Reply Brief may be filed on or before August 26, 2022.

**IT IS SO ORDERED.**

Dated: July 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE