# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RENTAL HOUSING ASSOCIATION, MARY MONTANO, and TRANG HO,<br><br>Plaintiffs<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01394-JAM-JDP<br><br>**ORDER**<br><br>Complaint Filed: August 5, 2021<br>FAC Filed: August 13, 2021<br>Trial Date: None set<br><br>Date: September 27, 2022<br>Time: 1:30 P.M.<br>Ctrm: Courtroom 6, 14th Floor<br>Judge: Hon. John A. Mendez |

ORDER

Having reviewed Plaintiffs' Unopposed Motion for Administrative Relief, and good cause appearing therefor, the Court grants the motion and orders that Plaintiffs' Response to Defendants' Separate Statement of Undisputed Facts (Dkt. No. 21) is accepted for filing and hereby deemed filed.

IT IS SO ORDERED.

DATED: August 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE