1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

8

9   CALIFORNIA     RENTAL     HOUSING          Case No.: 2:21-cv-01394-JAM-JDP
    ASSOCIATION,  MARY  MONTANO,  and
10  TRANG HO,

11          Plaintiffs                             **ORDER**

12          v.

13  GAVIN NEWSOM, in his official capacity as
    Governor  of  the  State  of  California;  ROB
14  BONTA,  in  his  official  capacity  as  Attorney
    General of the State of California; and DOES 1
15  through 20, inclusive,

16          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to Local Rule 230(f), Plaintiffs have applied unopposed for a continuance of the September 27, 2022, hearing on Cross-Motions for Summary Judgment to October 18, 2022 or the Court's first available hearing date thereafter.

The application is granted, and the hearing is continued to October 18, 2022 at 1:30 PM.

IT IS SO ORDERED.


DATED:  September 20, 2022                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER